Charles Horn, trading as Charles Horn Lumber Company, appellee, v. H. A. Hoover, appellant. Gen. No. 32,527.

Opinion filed April 9, 1928. Rehearing denied April 20, 1928.
Daniel S. Wentworth and John P. Sullivan, for appellant. Herbert A. Schryver, for appellee.
Mr. Justice McSurely delivered the opinion of the court.